UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MAURICE DIETRICH JONES, SR.
KARREN DENESE JONES
FKA KARREN DENESE WEBB
    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-13-06176-HWV

MAURICE DIETRICH JONES, SR.
KARREN DENESE JONES
FKA KARREN DENESE WEBB
    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on March 8, 2019, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of March 8, 2019, the Debtor(s) is/are $200.92 in arrears with a plan payment having not been made since Dec 03, 2018.

In accordance with said stipulation, the case may be dismissed

Respectfully Submitted,
/s/ Donna Schott
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: March 8, 2019

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MAURICE DIETRICH JONES, SR.
KARREN DENESE JONES
FKA KARREN DENESE WEBB
    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-13-06176-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 8, 2019, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

| | |
|---|---|
| TONY SANGIAMO, ESQUIRE<br>1701 WEST MARKET STREET<br>P.O. BOX 1324<br>YORK, PA 17405- | SERVED ELECTRONICALLY |
| MAURICE DIETRICH JONES, SR.<br>KARREN DENESE JONES<br>3465 CHABLIS WAY<br>YORK, PA 17404 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 8, 2019

Respectfully submitted,
Donna Schott
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com