```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                                 Case No. 13-06176-HWV
Maurice Dietrich Jones, Sr.                                            Chapter 13
Karren Denese Jones
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: KADavis              Page 1 of 3                    Date Rcvd: Mar 08, 2019
                              Form ID: pdf010            Total Noticed: 61
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2019.
```
db/jdb      +Maurice Dietrich Jones, Sr.,   Karren Denese Jones,   3465 Chablis Way,   York, PA 17404-8620
cr          +U.S. Bank N.A., by its servicer, Ocwen Loan Servic,   Stern & Eisenberg, PC,   1581 Main St,
              Suite 200,   Warrington, PA 18976-3403
4420319      Acs/dept Of Ed,    Attn: Customer Service Dept.,   P.O. Box 7063,   Utica, NY 13504-7063
4476796     +American InfoSource LP as agent for,   DIRECTV, LLC,   Mail Station N387,   2230 E Imperial Hwy,
              El Segundo, CA 90245-3504
4420321     +Barclays Bank Delaware,    Attention: Customer Support Dept.,   Po Box 8833,
              Wilmington, DE 19899-8833
4420322     +Baystate Gas-brockton,    Po Box 67015,   Harrisburg, PA 17106-7015
4420327    ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citi Corp Credit Services,   Attn: Centralized Bankruptcy,
              Po Box 20507,   Kansas City, MO 64195)
4420325     +Cbcs,   Po Box 2334,    Columbus, OH 43216-2334
4420328     +Citi/stdnt Ln Rsrc Cnt,    99 Garnsey Rd,   Pittsford, NY 14534-4565
4420329     +Citibank N A,   701 E 60th St N,    Sioux Falls, SD 57104-0493
4420330     +Citistudntln,   701 E 60th St N,    Sioux Falls, SD 57104-0432
4444544     +ECMC,   PO BOX 16408,   St. Paul, MN 55116-0408
4420333     +Equiant Financial Svcs,    4343 N Scottsdale Rd Ste,   Scottsdale, AZ 85251-3343
4420334     +Financial Recoveries,    200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
4420335     +Hilco Rec,   5 Revere Dr Ste 510,    Northbrook, IL 60062-8007
4420336     +Hsbc Bank,   Attn: Bankruptcy,    Po Box 5253,   Carol Stream, IL 60197-5253
4420337     +Hsbc Best Buy,   Attn: Bankruptcy,    Po Box 6985,   Bridge Water, NJ 08807-0985
4420338     +Hsbc/rs,   Attn: Bankruptcy,    961 Weigel Dr,   Elmhurst, IL 60126-1058
4420341     +Main Street Acquisiton,    3950 Johns Creek Ct Ste,   Suwanee, GA 30024-1296
4420346     +National City Bank,    Attention: Bankruptcy Department,   6750 Miller Road,
              Brecksville, OH 44141-3262
4420352    #+Penn Credit Corporatio,    916 S 14th St,   Harrisburg, PA 17104-3425
4420353     +Pinnacle Credit Serivc,    Po Box 640,   Hopkins, MN 55343-0640
4420354     +Pmab Srvc,   5970 Fairview Rd Ste 800,    Charlotte, NC 28210-0091
4472201      RAC Trust,    Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
4420356     +Roi,   1920 Greenspring D,    Timonium, MD 21093-4156
4420358    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Co,   500 Redbrook Blvd.,
              Owings Mills, MD 21117)
4420357     +Target,   Po Box 9475,    Minneapolis, MN 55440-9475
4937413      Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,   PO Box 3001,
              Malvern  PA 19355-0701
4421839      Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,   Cedar Rapids, Iowa 52408-8026
4445743     +WELLS FARGO BANK, N.A.,    PO BOX 14517,   MAC: X2505-036,   DES MOINES, IA 50306-0438
4420360      Wash Mutual/Providian,    Attn: Bankruptcy Dept,   Po Box 10467,   Greenville, SC 29603
4420361      Washington Mutual / Providian,    Attn: Bankruptcy Dept.,   Po Box 10467,   Greenville, SC 29603
4420362     +Wells Fargo Financial PA, Inc.,    4137 121st Street,   Urbandale, IA 50323-2310
4420363     +Wffinancial,   4830 Carlisle Pike # E-3,    Mechanicsburg, PA 17050-7707
4463054     +YORK CLINIC COMPANY C/O PASI,    PO BOX 188,   BRENTWOOD, TN 37024-0188
4420365      York County Tax Claim Bureau,    Administrative Center Room 110,   28 East Market Street,
              York, PA 17401-1577
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4420320     +E-mail/Text: EBNProcessing@afni.com Mar 08 2019 19:18:45      Afni, Inc.,
              Attn: DP Recovery Support,   Po Box 3427,   Bloomington, IL 61702-3427
4434949      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 08 2019 19:25:11
              American InfoSource LP as agent for,   Verizon,   PO Box 248838,
              Oklahoma City, OK  73124-8838
4420323      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 08 2019 19:25:11       Capital 1 Bank,
              Attn: C/O TSYS Debt Management,   Po Box 5155,   Norcross, GA 30091
4420324      E-mail/Text: bankruptcy@cashcall.com Mar 08 2019 19:18:56      Cashcall Inc,
              Attention: Bankruptcy Department,   1600 S Douglass Rd,   Anaheim, CA 92806
4420326      E-mail/Text: bankruptcies@escallate.com Mar 08 2019 19:18:23      Cds/collection Agency,
              c/o Escallate, LLC,   Po Box 714017,   Columbus, OH 43271
4443553      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 08 2019 19:25:28
              Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
4420331     +E-mail/Text: bkr@cardworks.com Mar 08 2019 19:18:21      Cms-cardworks,   Po Box 9201,
              Old Bethpage, NY 11804-9001
4478544     +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 08 2019 19:25:12
              East Bay Funding, LLC its successors and assigns,   as assignee of Roundup Funding L.L.C.,
              Resurgent Capital Services,   PO Box 288,   Greenville, SC 29602-0288
4420339      E-mail/Text: cio.bncmail@irs.gov Mar 08 2019 19:18:31      Internal Revenue Service,
              Centralized Insolvency Operation,   P.O. Box 21126,   Philadelphia, PA 19114
4478546      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 08 2019 19:25:11
              LVNV Funding, LLC its successors and assigns as,   assignee of Chase Bank USA, N.A.,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4478543           E-mail/PDF: resurgentbknotifications@resurgent.com Mar 08 2019 19:25:11
                  LVNV Funding, LLC its successors and assigns as,   assignee of Cash Call, Inc,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4420340          +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 08 2019 19:25:11      Lvnv Funding Llc,
                  P.o. B   10584,    Greenville, SC 29603-0584
4472200           E-mail/Text: bkr@cardworks.com Mar 08 2019 19:18:21       MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
4420343          +E-mail/Text: bkr@cardworks.com Mar 08 2019 19:18:21       Merrick Bank,    Pob 9201,
                  Old Bethpage, NY 11804-9001
4420344          +E-mail/Text: bankruptcydpt@mcmcg.com Mar 08 2019 19:18:40       Midland Credit Mgmt,
                  8875 Aero Dr,    San Diego, CA 92123-2255
4420347          +E-mail/Text: egssupportservices@alorica.com Mar 08 2019 19:18:46       NCO - Medclr,
                  507 Prudential Rd,    Horsham, PA 19044-2308
4420345          +E-mail/Text: bknotice@ncmllc.com Mar 08 2019 19:18:46       National Capital Management,
                  8245 Tournament Drive  Ste. 230,    Memphis, TN 38125-1741
4420348          +E-mail/Text: egssupportservices@alorica.com Mar 08 2019 19:18:46       Nco Financial Systems,
                  507 Prudential Rd,    Horsham, PA 19044-2308
4420349          +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 08 2019 19:18:34       Newport News,
                  Po Box 182124,    Columbus, OH 43218-2124
4420350          +Fax: 407-737-5634 Mar 08 2019 19:35:30       Ocwen Loan Servicing,    Attn: Bankruptcy Dept.,
                  1661 Worthington Rd. Ste. 100,    West Palm Beach, FL 33409-6493
4420351           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 08 2019 19:18:37       PA Department of Revenue,
                  BUREAU OF COMPLIANCE,    PO BOX 280946,    Harrisburg, PA 17128-0946
4420355           E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 08 2019 19:25:19      Portfolio Rc,
                  Attn: Bankruptcy,    120 Corporate Blvd Suite 100,    Norfolk, VA 23502
4453477           E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 08 2019 19:25:29
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk, VA 23541
4420359          +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 08 2019 19:18:22
                  Verizon Maryland Inc,    500 Technology Dr,    Weldon Spring, MO 63304-2225
4420364          +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 08 2019 19:18:35       Wfnnb/dress Barn,
                  Po Box 182273,    Columbus, OH 43218-2273
                                                                                                TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4445746*        +WELLS FARGO BANK, N.A.,    PO BOX 10438,    MAC: X2505-036,   DES MOINES, IA 50306-0438
4577153*        +Wells Fargo Financial PA, Inc.,    4137 121st Street,   Urbandale, IA 50323-2310
4420332        ##+Commercial Acceptance,    2 W Main St,   Shiremanstown, PA 17011-6326
4420342        ##+Meridian Financial Svc,    21 Overland Industrial B,   Asheville, NC 28806-1376
                                                                                   TOTALS: 0, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1           User: KADavis                Page 3 of 3                   Date Rcvd: Mar 08, 2019
                               Form ID: pdf010              Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2019 at the address(es) listed below:

          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Jason Brett Schwartz    on behalf of Creditor    Portfolio Recovery Associates, LLC
           JSchwartz@mesterschwartz.com
          Leslie J Rase    on behalf of Creditor    U.S. Bank N.A., by its servicer, Ocwen Loan Servicing,
           LLC pabk@logs.com, lerase@logs.com
          Tony Santo Sangiamo    on behalf of Debtor 2 Karren Denese Jones tsanlaw@gmail.com,
           kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
          Tony Santo Sangiamo    on behalf of Debtor 1 Maurice Dietrich Jones, Sr. tsanlaw@gmail.com,
           kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **MAURICE DIETRICH JONES, SR.** | Chapter: 13 |
| Debtor 1 | Case No.: 1-13-bk-06176-HWV |
| **KARREN DENESE JONES fka** | |
| **KARREN DENESE WEBB** | |
| Debtor 2 | |
| **CHARLES J. DEHART, III** | |
| **CHAPTER 13 TRUSTEE** | |
| vs. Movant(s) | |
| **MAURICE DIETRICH JONES, SR.** | |
| **KARRENN DENESE JONES FKA** | |
| **KARREN DENESE WEBB** | |
| Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: March 8, 2019

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (JH)